1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES E. WALTON,

12           Plaintiff,

13           v.                          CIV. NO. S-05-00604-DFL-KJM

14   THE CITY OF RIPON, et al.,

15           Defendants.
     _____/          NON-RELATED CASE ORDER
16
     JAMES E. WALTON,
17
             Plaintiff,
18
              v.                         CIV. NO. S-03-2314-EJG-DAD-PS
19
     SAM GALLEGO, et al.,
20
             Defendants.
21   _____/

22       A Notice of Related Cases was filed concerning the above-

23   captioned cases on March 30, 2005.  See Local Rule 83-123 (E.D.

24   Cal. 2005).  On review of the cases, the court finds that the

25   cases ought not be related or reassigned.  This order is issued

26   for informational purposes only, and shall have no effect on the

1  status of the cases, including any previous Related (or Non-
2  Related) Case Order of this court.
3      IT IS SO ORDERED.
4  DATED: 4/14/2005
5
6
7  _____
8  DAVID F. LEVI
   United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26