1  Bruce D. Praet SBN 119430
   Teresa L. Judd, SBN 233005
2  FERGUSON, PRAET & SHERMAN
   A Professional Corporation
3  1631 East 18th Street
   Santa Ana, California 92705
4  (714) 953-5300
   (714) 953-1143 FAX
5

6  Attorneys for Defendants, City of Ripon
   and Steven David Merchant
7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11  JAMES E. WALTON,                    )  No. 2:05-CV-00604 DFL(KJM)
                                        )
12              Plaintiff,              )  STIPULATED DISMISSAL OF
                                        )  ENTIRE ACTION WITH
13      vs.                             )  PREJUDICE AND (PROPOSED)
                                        )  ORDER
14  THE CITY OF RIPON, a political      )
    subdivision of the State of California, )  [F.R.Civ.P., Rule 41, Local Rule
15  STEVEN D. MERCHANT, and DOES 1      )  16-160]
    through 100, inclusive,             )
16                                      )
                Defendants.             )
17                                      )
                                        )
18  _____)

19  TO THE CLERK OF THE COURT:

20      It is hereby stipulated by and between the parties and their respective

21  counsel that this entire matter shall be dismissed with prejudice in accordance with

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

1  terms of a settlement agreement reached between the parties.  Each party to bear
2  their own costs and attorneys' fees.
3  Dated:

SEE ATTACHED
_____
James E. Walton, Plaintiff

6  Dated:                                                 LAW OFFICES OF JOSEPH W. NOLAN

SEE ATTACHED
By:_____
Joseph W. Nolan, Attorneys for Plaintiff

10  Dated:

11  5-26-05

By: _____
Steven D. Merchant, Defendant

13  Dated: 5-26-05

By: _____
Leon Compton, Ripon City Manager

16  Dated: 7-8-05                                         FERGUSON, PRAET & SHERMAN
                                                         A Professional Corporation

By: _____
Bruce D. Praet, Attorneys for Defendants
and authorized representative for Defendant
City of Ripon

21  Good cause appearing therefore, IT IS SO ORDERED:
22  Dated: 7/11/2005

_____
United States District Court Judge

2

terms of a settlement agreement reached between the parties. Each party to bear their own costs and attorneys' fees.

Dated: 5/24/05

_____
James E. Walton, Plaintiff

Dated: 5/23/05       LAW OFFICES OF JOSEPH W. NOLAN

By: _____
Joseph W. Nolan, Attorneys for Plaintiff

Dated:

By: _____
Steven D. Merchant, Defendant

Dated:

By: _____
Leon Compton, Ripon City Manager

Dated:       FERGUSON, PRAET & SHERMAN
A Professional Corporation

By: _____
Bruce D. Praet, Attorneys for Defendants
and authorized representative for Defendant
City of Ripon

Good cause appearing therefore, IT IS SO ORDERED:

Dated:

_____
United States District Court Judge

2